PER CURIAM.
 

 The only issue properly before this court is whether petitioner is entitled to certiora-ri relief from that part of the circuit court’s order of
 
 July 10, 2009
 
 compelling discovery. Petitioner has failed to demonstrate that the order is a departure from the essential requirements of law or that
 
 *588
 
 complying with it will result in irreparable injury. We note that our review of this case was immensely complicated by the form of the trial court’s order, which is a one-page order that adopts a 194-page transcript of the hearing on the underlying motions. We understand the pressures on a trial judge in a busy civil division. Here, the judge made clear and precise rulings. Professionalism dictates that the lawyers for the parties should be able to cull out the rulings of a court from a hearing and present them to the court in a one or two page proposed order. Orders taking the form of the one in this case are difficult to review and enforce. An order in a lawsuit should be worth at least as much as the paper it is printed on.
 

 GROSS, C.J., CIKLIN and LEVINE, JJ., concur.